Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **MARY E. MCCAMPBELL, fka, MARY E. STOREY**, <br> Plaintiff, <br> v. <br> **USAA CASUALTY INSURANCE COMPANY**; DOES I-V, inclusive, <br> Defendants. | Case No. 3:22-cv-00363-ART-CLB <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiff, Mary McCampbell ("Plaintiff"), and Defendant, USAA Casualty Insurance Company, Inc. ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Amended Complaint for one week, from September 15 to September 22, 2022. Plaintiff filed her amended complaint on September 1, 2022. This is the parties' first stipulation to extend Defendant's time to respond to the Amended Complaint.

The parties request this brief extension to accommodate evaluation of Plaintiff's Amended Complaint, Defendant's counsel being out of state after the Amended Complaint was filed, and Defendant completing its evaluation of this matter. The extension will allow Defendant time to evaluate its potential defenses and settlement possibilities. The Parties have already discussed the possibility of early resolution of this case.

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

This request is made in good faith and not for the purpose of delay.

DATED this 14th day of September, 2022.

SPENCER FANE, LLP

/s/ Mary E. Bacon
Mary Bacon, Esq. (Nevada Bar No. 12686)
Jessica E. Chong, Esq. (Nevada Bar No. 13845)
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorneys for Defendant USAA Casualty Insurance Company*

LAW OFFICE OF WILLIAM R. KENDALL

/s/ William R. Kendall
WILLIAM R. KENDALL, ESQ.
Nevada Bar No. 3453
137 Mr. Rose Street
Reno, NV 89509
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: September 15, 2022.

_____
UNITED STATES MAGISTRATE JUDGE