**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **MARY E. MCCAMPBELL, fka, MARY E. STOREY**,<br>            Plaintiff,<br>v.<br>**USAA CASUALTY INSURANCE COMPANY**; DOES I-V, inclusive,<br>            Defendants. | Case No. 3:22-cv-00363-ART-CLB<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Defendant USAA General Indemnity Company ("USAA CIC"), by and through its counsel, Spencer Fane LLP, and Plaintiff Mary E. McCampbell ("Plaintiff") by and though her counsel, William R. Kendall, Esq. hereby stipulate and agree to dismiss Plaintiff's Complaint, with prejudice. Each party will bear its own fees and costs.

Dated:  January 13, 2023.

| **WILLIAM R. KENDALL, ESQ.** | **SPENCER FANE LLP** |
|---|---|
| /s/ William R. Kendall<br>William R. Kendall, Esq.<br>NV Bar No. 3453<br>137 Mt. Rose Street<br>Reno, NV 89509<br>*Attorneys for Plaintiff* | */s/ Mary Bacon*<br>Mary E. Bacon, Esq.<br>NV Bar No. 12686<br>Jessica E. Chong, Esq.<br>NV Bar No. 13845<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for USAA Casualty Insurance Company* |

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: January 17, 2023